# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SHAO HUA ZHU,**
Appellant,

v.

**SUXIAN WU,**
Appellee.

No. 4D2023-1072

[May 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena V. Mastrarrigo, Judge; L.T. Case No. FMCE11010038.

Scott E. Siverson of Siverson Law Firm PLLC, Winter Garden, for appellant.

Douglas Isenberg of Isenberg Family Law Group, North Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***